UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO,<br><br>            Plaintiff,<br><br>      v.<br><br>WRC HUNTINGTON, LLC,<br><br>            Defendant. | Case No. 21-cv-00953-TSH<br><br>**ORDER RE: NOTICE OF SETTLEMENT** |

The Court has been informed that the above-entitled action has settled. ECF No. 12. Accordingly, the Court **VACATES** all pending deadlines. The parties shall file a dismissal or joint status report by June 14, 2021. No chambers copy is required.

**IT IS SO ORDERED.**

Dated: April 15, 2021

                                                                   _____
                                                                   THOMAS S. HIXSON
                                                                   United States Magistrate Judge